United States District Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **LASHA GUDASHVILI,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:25-CV-00181** |
| § | |
| **KRISTI NOEM,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

On October 31, 2025, Respondents filed an Opposed Motion for an Extension of Time to File a Response to Petitioner's Writ of Habeas Corpus and Emergency Motion for Temporary Restraining Order. (Dkt. 17.) The Court finds good cause supports the requested relief. It is hereby **ORDERED** that Respondents' Motion is **GRANTED**; and it is **ORDERED** that Respondents shall file a response no later than **November 5, 2025.**

IT IS SO ORDERED.

SIGNED this October 31, 2025.

_____
Diana Saldaña
United States District Judge